UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ashley Brady,

                Plaintiff,        Case No. 21-cv-11905

v.                                Judith E. Levy
                                  United States District Judge
TI Group Automotive Systems,
L.L.C.,                           Mag. Judge Curtis Ivy, Jr.

                Defendant.

_____/

**ORDER GRANTING IN PART AND DENYING IN PART THE PORTION OF PLAINTIFF'S RENEWED MOTION FOR CONDITIONAL CERTIFICATION ON EXPEDITED OPT-IN DISCOVERY AND COURT-SUPERVISED NOTICE [22], DENYING DEFENDANT'S MOTION TO STAY [31], AND GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR AN ORDER APPROVING ITS PROPOSED NOTICE AND CONSENT FORMS AND METHOD OF DELIVERY [36]**

On December 22, 2022, the Court issued an opinion and order (ECF No. 32) (1) granting in part and denying in part Plaintiff Ashley Brady's renewed motion for conditional certification and (2) holding in abeyance the portion of Plaintiff's motion on expedited opt-in discovery and court-supervised notice. (ECF No. 22.) Now before the Court is the portion of

Plaintiff's motion on expedited opt-in discovery and court-supervised notice. (*See id.* at PageID.804–807.) Also before the Court are Defendant TI Group Automotive Systems, L.L.C.'s motion to stay (ECF No. 31) and Defendant's motion for an order approving its proposed notice and consent forms and method of delivery. (ECF No. 36.)

On April 6, 2023, the Court held a hearing by videoconference and heard oral argument on all three motions. For the reasons set forth on the record, the portion of Plaintiff's renewed motion for conditional certification on expedited opt-in discovery and court-supervised notice (ECF No. 22) is GRANTED IN PART AND DENIED IN PART, Defendant's motion to stay (ECF No. 31) is DENIED, and Defendant's motion for an order approving Defendant's proposed notice and consent forms and method of delivery (ECF No. 36) is GRANTED IN PART AND DENIED IN PART. The Court approves Plaintiff's proposed notice to be administered by Analytics LLC via U.S. Mail and email. Plaintiff's request for a list of eligible class members is denied.

IT IS SO ORDERED.

Dated: April 6, 2023           s/Judith E. Levy
Ann Arbor, Michigan         JUDITH E. LEVY
                                      United States District Judge

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 6, 2023.

                                           s/William Barkholz
                                           WILLIAM BARKHOLZ
                                           Case Manager